BIBLE *v.* SOMERS CONSTRUCTION COMPANY.

No. 14283. OCTOBER 14, 1942.

*Wyatt & Morgan* and *J. Ellis Pope,* for plaintiff in error.

*T. Ross Sharpe,* contra.

GRICE, Justice.   The evidence, with all reasonable deductions or inferences therefrom, did not demand a finding in the plaintiff's favor.   The record does not support its contention that the counter-claim arose after the filing of the suit, nor can Bible be denied the right to assert this counter-claim merely because he was a stockholder and treasurer of the plaintiff.   19 C. J. S. §§ 798, 810. The record presents no case of other creditors of the corporation con-

testing with him as to priority of liens; and the mere fact that the corporation may be insolvent affords no reason why a verdict should be denied on his counter-claim. The uncontradicted evidence in this record supported his claim. If it spoke the truth, the plaintiff was not entitled to a verdict, and it was erroneous so to direct in its favor.

*Judgment reversed. All the Justices concur, except Hewlett, J., not participating.*